Elinor KEHL, Appellant,

v.

The DAVMAR CORPORATION and Bryan Wynne, Appellees.

No. 3327.

District of Columbia Court of Appeals.

Argued Oct. 28, 1963.

Decided Nov. 20, 1963.

---

Herman Miller, Washington, D. C., for appellant.

Leo Schlosberg, Washington, D. C., for appellee Davmar Corp.

Bryan Wynne, pro se.

Before HOOD, Chief Judge, and QUINN and MYERS, Associate Judges.

PER CURIAM.

This was a suit for damages brought by appellant, a tenant at sufferance, against the landlord and a cotenant. Appellant claimed that the cotenant's excessive noise constituted a breach of her right of privacy and that the landlord's failure to control the cotenant resulted in a breach of her implied covenant of quiet enjoyment. At the close of appellant's case the trial judge directed a verdict for appellees.

We have carefully reviewed the record and find no error.

Affirmed.